UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RANDY GRINDSTAFF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 1:19-CV-287-FDW |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER is before the Court on the Consent Motion to Remand (Doc. No. 11). Defendant, Andrew Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand.

IT IS THEREFORE ORDERED the Motion to Remand (Doc. No. 11) is GRANTED. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: April 3, 2020

Frank D. Whitney
Chief United States District Judge