UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:19-CV-287-FDW

RANDY GRINDSTAFF,                        )
                                         )
          Plaintiff,                     )
                                         )          **ORDER**
v.                                       )
                                         )
ANDREW SAUL,                             )
Commissioner of Social Security,         )
                                         )
          Defendant.                     )

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees (Doc. No. 16) and Defendant's Response thereto (Doc. No. 17). Plaintiff's counsel filed a motion for approval of attorney's fees under 42 U.S.C.§ 406(b), in the amount of $12,304.00. Attorney's fees under 42 U.S.C. § 406(b) are paid from past-due benefits awarded to a successful claimant. Plaintiff has been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,800. (Doc. No. 15). Defendant filed a response, stating that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is therefore ORDERED that Plaintiff's Motion (Doc. No. 16) is GRANTED, and the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $12,304.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $5,800.00.

IT IS SO ORDERED.

Signed: February 9, 2021

Frank D. Whitney
United States District Judge